**STATE of Missouri, Respondent,**

v.

**David LIVINGSTON, Appellant.**

**No. ED 82820.**

Missouri Court of Appeals,
Eastern District,
Division Three.

May 18, 2004.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 10, 2004.

Application for Transfer Denied
Sept. 28, 2004.

Meleaner Harvey, St. Louis, MO, for
appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., &
Adriane Dixon Crouse, Jefferson City,
MO, for respondent.

Before CLIFFORD H. AHRENS, P.J.,
WILLIAM H. CRANDALL, JR., J.,
LAWRENCE E. MOONEY, J.

### ORDER

PER CURIAM.

Defendant, David Livingston, appeals
from the judgment entered after a jury
found him guilty of burglary in the second
degree and felony stealing. Defendant
was sentenced to concurrent terms of eight
years' imprisonment to be served consecu-
tively to another sentence from a different
case. No jurisprudential purpose would
be served by a written opinion.

The judgment is affirmed. Rule
30.25(b).